IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.B., FATHER OF M.B., A CHILD,

      Appellant,

                                  Case No.  5D22-2486
v.                                   LT Case No. 2019-DP-56

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.
_____/
Decision filed March 17, 2023

Appeal from the Circuit Court
for Flagler County,
Christopher A. France, Judge.

Audrie M. Harris, of Audrie M. Harris,
P.A., Gainesville, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Caitlin E.
Burke, Senior Attorney, of Guardian
ad Litem, Tallahassee, for Guardian
Ad Litem Program.

PER CURIAM.

     AFFIRMED.

WALLIS, MACIVER and KILBANE, JJ., concur.